IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Hai Xu,

          Plaintiff,

v.

Civil No. 1:10-cv-03196-ELH

FMS Financial Solutions, LLC, et al;
          Defendants.

## STIPULATION OF DISMISSAL

Plaintiff and Experian Information Solutions, Inc. stipulate and agree to the following:

1. The above-captioned action is hereby dismissed against Experian Information Solutions, Inc. with prejudice and without costs to either party.

| /s/ Forrest E. Mays | /s/ Sandy David Baron |
|---|---|
| Forrest E. Mays (Bar No. 07510) | Sandy David Baron, Bar No.: 01531 |
| 1783 Forest Drive, Suite 109 | 12505 Park Potomac Avenue, 6th Floor |
| Annapolis, MD 21401 | Potomac, Maryland 20854 |
| Telephone: (410) 267-6297 | Telephone: (301) 255-0547 |
| Fascimile: (410) 267-6234 | Email: sbaron@shulmanrogers.com |
| Email: mayslaw@mac.com | Attorney for Experian Information Solutions, Inc. |
| Attorney for Plaintiff | |

IT IS SO ORDERED:

*Ellen L. Hollander*
7/5/11